CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANDRES GOMEZ, | Case: 3:22-cv-00623-MMC |
|---|---|
| Plaintiff, | |
| v. | **Plaintiff's Notic**e of Voluntary Dismissal With Prejudice |
| THE HARDER GROUP, a California Corporation, dba James Cole Winery; | |
| | Fed. R. Civ. P. 41(a)(1)(A)(i) |
| Defendant. | |

**PLEASE TAKE NOTICE** that Plaintiff Andres Gomez, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant The Harder Group, a California Corporation, dba James Cole Winery, has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: August 17, 2022                    CENTER FOR DISABILITY ACCESS

                                          By: /s/ Amanda Seabock
                                          Amanda Seabock
                                          Attorneys for Plaintiff

1

Plaintiff's Notice of Voluntary Dismissal With Prejudice Pursuant to
Federal Rule of Civil Procedure 41(a)(1)(A)(i)